ARNOLD, Appellant, vs. FRIDLEY and others, Respondents.

APPEAL from orders dated June 30, 1927, and judgment dated July 5, 1927, of the superior court of Douglas county: ARCHIBALD McKAY, Judge.

Action for damages. Orders sustaining demurrers to complaint affirmed; judgment dismissing action, from which plaintiff appeals.

For the appellant: *Ernest A. Arnold* of Duluth.

For the respondent *Fridley: Grace, Fridley & Crawford* of Superior.

For the respondent *McCabe,* executrix: *Powell & Sprowls* of Superior.

*By the Court.*—Judgment affirmed.


KLASSY, Respondent, vs. SMASAL, Appellant.

APPEAL from a judgment of the county court of Chippewa county dated February 9, 1927: T. J. CONNOR, Judge.

Automobile accident. Judgment for plaintiff, from which defendant appeals.

For the appellant: *C. B. Culbertson* of Stanley, attorney, and *Linderman, Ramsdell & King* of Eau Claire, of counsel.

For the respondent: *W. H. Stafford* and *Harold E. Stafford,* both of Chippewa Falls.

*By the Court.*—Judgment affirmed.


PETERSEN, Appellant, vs. SMEJKAL and another, Respondents.

APPEAL from a judgment of the circuit court for Outagamie county dated July 28, 1927: EDGAR V. WERNER, Judge.

Automobile accident. Judgment for defendants, from which plaintiff appeals.

For the appellant: *Ryan & Cary* of Appleton.

For the respondents: *Richmond, Jackman, Wilkie & Toebaas* of Madison.

*By the Court.*—Judgment affirmed.